**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PRIME CORE TECHNOLOGIES INC., *et al.*, | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| PCT LITIGATION TRUST, | |
| Plaintiff, | |
| v. | Adv. No. 25-51975 (JKS) |
| YUCHEN "JUSTIN" SUN and POLO DIGITAL ASSETS LTD, | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 6th day of May, 2026, Defendant Yuchen "Justin"

Sun, by and through his undersigned counsel, served true and correct copies of the following:

- Yuchen "Justin" Sun's Responses and Objections to Plaintiff's First Set of Requests for Admission;
- Yuchen "Justin" Sun's Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents; and
- Yuchen "Justin" Sun's Responses and Objections to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production

on the parties listed below via electronic mail:

> MCDERMOTT WILL & SCHULTE LLP
> David R. Hurst, Esq.
> 1000 N. West Street, Suite 1400
> Wilmington, Delaware 19801
> dhurst@mcdermottlaw.com
>
> -and-

17896753/1

Darren Azman, Esq.
Joseph B. Evans, Esq.
James A. Pardo, Esq.
J. Greer Griffith, Esq.
Benjamin F. Cooper, Esq.
Cris W. Ray, Esq.
Patrick V. Kennedy, Esq.
Joseph M. Aminov, Esq.
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
jpardo@mcdermottlaw.com
ggriffith@mcdermottlaw.com
bcooper@mcdermottlaw.com
cray@mcdermottlaw.com
pkennedy@mcdermottlaw.com
jaminov@mcdermottlaw.com

*Counsel to Plaintiff PCT Litigation Trust*


Dated  May 6, 2026
       Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Tel.: (302) 888-6800
Fax: (302) 571-1750
Email: ckunz@morrisjames.com
        emonzo@morrisjames.com
        jlevin@morrisjames.com

and

**LOEB & LOEB LLP**
Bethany D. Simmons (admitted *pro hac vice*)
Noah Weingarten (admitted *pro hac vice*)
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Email: bsimmons@loeb.com
        nweingarten@loeb.com

*Counsel to Defendant Yuchen "Justin" Sun*

2

17896753/1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 6th day of May, 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Service* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail on the parties listed below:

MCDERMOTT WILL & SCHULTE LLP
David R. Hurst, Esq.
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
dhurst@mcdermottlaw.com

-and-

Darren Azman, Esq.
Joseph B. Evans, Esq.
James A. Pardo, Esq.
J. Greer Griffith, Esq.
Benjamin F. Cooper, Esq.
Cris W. Ray, Esq.
Patrick V. Kennedy, Esq.
Joseph M. Aminov, Esq.
One Vanderbilt Avenue
New York, New York 10017-3852
dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
jpardo@mcdermottlaw.com
ggriffith@mcdermottlaw.com
bcooper@mcdermottlaw.com
cray@mcdermottlaw.com
pkennedy@mcdermottlaw.com
jaminov@mcdermottlaw.com

*Counsel to Plaintiff PCT Litigation Trust*

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)

17896753/1