**, IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |
| PCT Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Yuchen "Justin" Sun and Polo Digital Assets LTD,<br><br>Defendants. | Adv. Proc. No. 25-51975 (JKS)<br><br>**Related to Adv. Docket No. 29, 30, 35, 36, 38, 41, 42, 43, 44, 66, 67, 71** |

# ORDER

Upon consideration of *Yuchen "Justin" Sun's Motion to Stay Discovery* [Adv. D.I. 29, 30] (the "Motion"); *Plaintiff's Opposition to Yuchen "Justin" Sun's Motion to Stay Discovery* [Adv. D.I. 35]; *Yuchen "Justin" Sun's Reply Brief in Further Support of His Motion to Stay Discovery Pending Motion to Dismiss* [Adv. D.I. 36]; and the *Joint Letter Regarding Parties' Positions Regarding Outstanding Discovery Disputes* [Adv. D.I. 71]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article 12 of the Plan; and the matter being a core proceeding within the

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors" or "Prime"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The stay of merits discovery imposed by the Court's *Order* dated March 30, 2026 [Adv. D.I. 44] is hereby LIFTED for the reasons stated on the record at the October 5, 2026 status conference.

2. Merits discovery is open as of the date of entry of this Order.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: October 13th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**