**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |
| PCT Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Yuchen "Justin" Sun, and Polo Digital Assets LTD,<br><br>Defendants. | Adv. Proc. No. 25-51975 (JKS)<br><br>**Related to Adv. Docket No. 64** |

**CERTIFICATION OF COUNSEL REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITH RESPECT TO DEFENDANT POLO DIGITAL ASSETS LTD**

The undersigned, counsel to plaintiff PCT Litigation Trust ("Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby certifies as follows:

1. On September 29, 2026, Plaintiff filed *Plaintiff's Motion for Default Judgment with Respect to Defendant Polo Digital Assets Ltd* [Adv. Docket No. 64] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to Rule 7007-1(a)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), objections to the Motion were required to

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors" or "Prime"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

have been filed with the Court and served so as to be received no later than October 13, 2026 (the "Objection Deadline"), and no extensions of the Objection Deadline were granted.

3. The Objection Deadline has passed, and no objections to the Motion appear on the docket or were served upon undersigned counsel. However, defendant Yuchen "Justin" Sun ("Mr. Sun") informally raised concerns regarding the Motion (the "Informal Objections").

4. Plaintiff and Mr. Sun have negotiated in good faith to resolve the Informal Objections, and Plaintiff has amended the proposed form of order submitted with the Motion to reflect the agreement of the parties (the "Revised Order"). Mr. Sun has reviewed the Revised Order, which is attached hereto as **Exhibit A**, and consents to entry thereof. A redline version of the Revised Order reflecting all changes from the form of order submitted with the Motion is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

5. Accordingly, Plaintiff respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A** at the convenience of the Court.

Dated: October 14, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
James A. Pardo (admitted *pro hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
Benjamin F. Cooper (admitted *pro hac vice*)
Patrick V. Kennedy (admitted *pro hac vice*)
Joseph M. Aminov (admitted *pro hac vice*)
Magali M. Duque (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
jpardo@mcdermottlaw.com
ggriffith@mcdermottlaw.com
bcooper@mcdermottlaw.com
pkennedy@mcdermottlaw.com
jaminov@mcdermottlaw.com
mduque@mcdermottlaw.com

*Counsel to PCT Litigation Trust*